# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ) ) | |
| Plaintiff (s) ) | |
| vs. ) | Civil No. 04-0726-CV-W-DW |
| ) | |
| GARDEN CITY PLASTICS EQUIPMENT AND SUPPLY CO. ) ) | |
| ) | |
| Defendant (s) ) | |

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_____ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**VERDICT**: (**August 24, 2006**)

(1) Do you find by the preponderance of the evidence that plaintiff Cindy Johnston was subjected to sexual harassment as set forth in the Instruction No. 11? **YES**.

(2) Do you find by the preponderance of the evidence that defendant Plastic Packaging Concepts, Inc. and defendant Garden City Plastics Equipment and Supply Company, Inc., are a "single employer" as set forth in the Instruction No. 14? **YES**

(3) State the amount of damages which will fairly compensate plaintiff Johnston for any emotional pain and suffering, inconvenience, mental anguish, embarrassment, humiliation and loss of enjoyment of life which you find she sustained as a result of defendant Plastic Packaging Concepts' unlawful conduct. - **$1,000.00**.

(4) Do you find that defendant Plastic Packaging Concepts is liable for punitive damages under Instruction No. 16? **YES**

(5) If your answer is "Yes" to question 4, state the amount of punitive damages which you award plaintiff under Instruction No. 16? - **$100,000.00**.

**VERDICT: (August 24, 2006)**

(4) Do you find that defendant Plastic Packaging Concepts is liable for punitive damages under Instruction No. 20?  **YES**

(5) If your answer is "Yes" to question 4, state the amount of punitive damages which you award plaintiff under Instruction No. 20?  - **$100,000.00**.

                              PATRICIA L. BRUNE, CLERK

Date: September 13, 2006        By:   /s/ Y. Johnson
                                                Deputy Clerk